331

(No. 73-CC-424—Claimant )

THE WESTERN UNION TELEGRAPH COMPANY, Claimant, *vs.*
STATE OF ILLINOIS, SOUTHERN ILLINOIS UNIVERSITY,
Respondent.

*Opinion filed April 8, 1974.*

ECKHART, MCSWAIN, HASSELL & SILLIMAN, Attorney for
Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-428—Claimant )

WEST PUBLISHING COMPANY, Claimant, *vs.* STATE OF ILLINOIS,
SECRETARY OF STATE, Respondent.

*Opinion filed April 8, 1974.*

WEST PUBLISHING COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.